```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 03 B 50157
    ROBERT ANDRE REDMON
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-8712


---------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
    The case was filed on 12/12/2003 and was confirmed 03/02/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  19.89%.

    The case was paid in full 04/25/2007.
---------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
---------------------------------------------------------------------
DRIVE FINANCIAL SERVICES  SECURED            7063.00       2472.32        7063.00
DRIVE FINANCIAL SERVICES  UNSECURED          2404.06          .00          478.05
ECONOMY FURNITURE         SECURED             800.00         45.23         800.00
ECONOMY FURNITURE         UNSECURED          1467.51          .00          291.81
AT&T CABLE SERVICE        UNSECURED         NOT FILED         .00             .00
AT & T WIRELESS           UNSECURED         NOT FILED         .00             .00
DIVERSIFIED ADJUSTMENT S  NOTICE ONLY       NOT FILED         .00             .00
AURELIONS PIZZA           UNSECURED         NOT FILED         .00             .00
GLOBAL PAYMENTS           NOTICE ONLY       NOT FILED         .00             .00
BANK FINANCIAL            UNSECURED         NOT FILED         .00             .00
BLOCKBUSTER VIDEO         UNSECURED         NOT FILED         .00             .00
CHECK N GO ILLINOIS       UNSECURED         NOT FILED         .00             .00
AAM INC                   NOTICE ONLY       NOT FILED         .00             .00
CITY OF MARKHAM           UNSECURED         NOT FILED         .00             .00
COMCAST                   UNSECURED         NOT FILED         .00             .00
COMMONWEALTH EDISON       UNSECURED         NOT FILED         .00             .00
ILL STATE UNIVERSITY      UNSECURED          1790.55          .00          356.05
E WELTMAN                 NOTICE ONLY       NOT FILED         .00             .00
JEWELS                    UNSECURED         NOT FILED         .00             .00
HARVARD COLLECTION SERVI  NOTICE ONLY       NOT FILED         .00             .00
REALTY MANAGEMENT         UNSECURED         NOT FILED         .00             .00
SANFORD KAHN              NOTICE ONLY       NOT FILED         .00             .00
AT & T BANKRUPCTY         UNSECURED OTH      299.80          .00            59.71
SVM MANAGEMENT            UNSECURED         NOT FILED         .00             .00
GOLDMAN & GRANT           NOTICE ONLY       NOT FILED         .00             .00
USA PAYDAY LOANS          UNSECURED         NOT FILED         .00             .00
VILLAGE OF HAZEL CREST    UNSECURED         NOT FILED         .00             .00
MCSI                      NOTICE ONLY       NOT FILED         .00             .00
WEXLER & WEXLER           UNSECURED         NOT FILED         .00             .00
ISAC                      UNSECURED         11159.64         .00          2219.09
MCSI                      UNSECURED          300.00          .00            59.66
UNITED STUDENT AID FUNDS  UNSECURED         4927.45          .00           979.82

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 03 B 50157 ROBERT ANDRE REDMON
```

```
REALTY CONSULTING SVC IN  UNSECURED      3535.00             .00       702.93
PETER FRANCIS GERACI      DEBTOR ATTY    1,999.00                    1,999.00
TOM VAUGHN                TRUSTEE                                      974.30
DEBTOR REFUND             REFUND                                       197.07

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                            RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    18,698.04

PRIORITY                                               .00
SECURED                                           7,863.00
    INTEREST                                      2,517.55
UNSECURED                                         5,147.12
ADMINISTRATIVE                                    1,999.00
TRUSTEE COMPENSATION                                974.30
DEBTOR REFUND                                       197.07
                         ---------------      ---------------
TOTALS                     18,698.04             18,698.04
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 03/27/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE